NOT FOR PUBLICATION

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| COURTNEY HAWKINS, individually and on behalf of those similarly situated,<br><br>                  Plaintiff,<br><br>    v.<br><br>KEARNY BANK,<br><br>                  Defendant. | No.19-8712 (SDW)(JAD)<br><br>**ORDER**<br><br>December 3, 2019 |

**WIGENTON**, District Judge.

Before this Court is the Report and Recommendation ("R&R") entered October 23, 2019 by Magistrate Judge Joseph A. Dickson ("Judge Dickson") (D.E. 32), recommending that Plaintiff Courtney Hawkins' motion to conditionally certify this matter as a collective action under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b) be denied without prejudice.[1] Plaintiff objected to the R&R on November 6, 2019, (D.E. 36), and Defendant responded to those objections on November 13, 2019, (D.E. 37).

This Court has reviewed the reasons set forth by Judge Dickson in the R&R and the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Dickson (D.E. 32) is **ADOPTED** as the conclusions of law of this Court.

**SO ORDERED**.

                                                    ___/s/ Susan D. Wigenton_____
                                                    **SUSAN D. WIGENTON, U.S.D.J.**

---

[1] Because Judge Dickson recommends that the motion be denied, he did not address Plaintiff's request that this Court authorize notice to all potential opt-in plaintiffs and require Defendant Kearny Bank ("Defendant") to provide an electronic list of potential opt-in plaintiffs and their contact information. Those issues may be raised again should Plaintiff renew her motion for conditional certification at a later date.

Orig: Clerk
cc: Parties
 Joseph A. Dickson, U.S.M.J.